**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-6394**

---

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

TYRONE LAMONT SMITH, a/k/a Blue, a/k/a Tyrone Eady,

                Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James P. Jones, District Judge. (3:94-cr-00041-JPJ-1)

---

Submitted:  June 25, 2015          Decided:  June 30, 2015

---

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tyrone Lamont Smith, Appellant Pro Se.  Nancy Spodick Healey, Assistant United States Attorney, Ronald Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lamont Smith appeals the district court's order denying relief on his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. See U.S. Sentencing Guidelines Manual § 4B1.1(b). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2